AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

FIFFEE, SHEQUAN X

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00227-AGH

Case No.    GM1    E2722501

USM No.

Pro Se

Defendant's Attorney

**THE DEFENDANT:** FIFFEE, SHEQUAN X

☑ **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-181 | Speeding 79/45 reduced to 58/45 | 03/04/2026 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $490.00 | $ 10.00 | $ 450.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 9320

Defendant's Year of Birth: 2007

City and State of Defendant's Residence:
COLUMBUS, GA

07/22/2026

Date of Imposition of Judgment

Signature of Judge

Amelia G. Helmick, US Magistrate Judge

Name and Title of Judge

07/22/2026

Date